## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRENISE STITT,**<br>**As parent and next friend of T.S.,**<br>**1035 49th Street NE Apt. B,**<br>**Washington, D.C. 20019,**<br><br>             **Plaintiff,**<br>      **v.**<br><br>**DISTRICT OF COLUMBIA,**<br>**A Municipal Corporation,**<br>**One Judiciary Square,**<br>**441 4th Street, NW,**<br>**Washington, D.C. 20001,**<br><br>**To serve:**<br><br>**MURIEL BOSWER, Mayor,**<br>**District of Columbia,**<br>**441 4th Street, NW 4th Floor,**<br>**Washington, DC 20001,**<br><br>**And**<br><br>**KARL A. RACINE,**<br>**Attorney General,**<br>**District of Columbia,**<br>**441 4th Street, NW 4th Floor,**<br>**Washington, DC 20001,**<br><br>             **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **Civ No.:**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

COMES NOW, the Plaintiff, Trenise Stitt ("Ms. Stitt") by and through undersigned counsel, respectfully unto this Court states as follows:

### PRELIMINARY STATEMENT

1. This is an action for reimbursement of attorneys' fees and costs pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400 *et seq.* ("IDEA").

1

2. Ms. Stitt is the prevailing party in an administrative action brought under IDEA on her child's behalf.

3. Ms. Stitt resides in the District of Columbia and seeks an order from the Court compensating her for reasonable attorneys' fees incurred in these actions.

## JURISDICTION AND VENUE

4. This court has jurisdiction pursuant to:

   a. The Individuals with Disabilities Educational Act, 20 U.S.C. §§ 1400-1461.

   b. Declaratory Relief is authorized by 28 U.S.C. §§ 2201 and 2202.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## PARTIES

6. Ms. Stitt is the mother of a student with disabilities who is eligible to receive special education and related services from District of Columbia Public Schools ("DCPS").

7. Ms. Stitt, at all times relevant to this action, has been a resident of the District of Columbia, and is the prevailing party of an administrative hearing held pursuant to the IDEA.

8. Defendant is a municipal corporation that receives federal funds pursuant to the IDEA, *see* 20 U.S.C. § 1411, in exchange for providing a free and appropriate public education ("FAPE"), and is obliged to comply with the applicable federal regulations and statutes, including but not limited, to IDEA. *See also* § 1412(a)(1)(A).

## FACTUAL ALLEGATIONS

9. On September 11, 2019, Ms. Stitt brought an administrative action alleging that Defendant denied her son T.S. a FAPE by failing to provide him with transportation to and from school in September 2019. Exhibit 1 Hearing Officer Determination ("HOD") at 1.

10. A due process hearing was held on October 25, 2019. HOD at 1.

11. The hearing officer found DCPS denied T.S. a FAPE for its failure to provide him with necessary transportation services to and from school.  HOD at 7.

12. To remedy DCPS's denial of FAPE, the hearing officer ordered:

    a.  DCPS fund 50 hours of Applied Behavior Analysis therapy; and

    b.  DCPS fund 10 hours of Occupational Therapy.  HOD at 9.

13. Plaintiff is the prevailing party of the first underlying action. Plaintiff's reasonable attorneys' fees and costs are $ 50,527.49, Exhibit 02, Stitt Billing Statement.

## COUNT I
### (Claim for Reasonable Attorneys' Fees and Costs)

14. Plaintiff reincorporates paragraphs 1-13.

15. The Plaintiff is the prevailing party in the October 25, 2019 due process hearing against the Defendant brought pursuant to the IDEA.

16. As prevailing party, the Plaintiff is eligible to be awarded reasonable attorneys' fees for the underlying matter by the Court under 20 U.S.C. §1415 (i)(3)(B)(i)(I).

17. Reasonable attorneys' fees "shall be based on rates prevailing in the community in which the action arose for the kind and quality of services furnished." 20 U.S.C. § 1415 (i)(3)(C).

18. In the underlying cases the hearing officers found that the District denied S.T. a FAPE for its failure to transport T.S. to and from school. HOD at 7.

19. The hearing officers awarded Ms. Stitt relief for those denials of FAPE.  HOD at 9.

20. The current billing rate for Plaintiff's counsel in the underlying administrative actions is reasonable and consistent with prevailing market rates in the District of Columbia.  Stitt Billing Statement.

21. The IDEA and this Court allow for the recovery of reasonable costs associated with claims brought by prevailing parties such as the Plaintiff herein.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that this Court:

22. Declare that plaintiff is the prevailing party of the underlying action and are therefore entitled to recover reasonable attorneys' fees and costs;

23. Order the Defendant to pay $50,527.49, reasonable attorneys' fees and costs for work on behalf of Plaintiff, Ms. Stitt in the underlying administrative cases;

24. Award Plaintiff reasonable attorneys' fees and cost for litigation of this Complaint, to be determined upon the timely submission of a fee petitions to this Court; and

25. Award Plaintiff any other relief that this Court deems just and proper.

Respectfully submitted,

_____/s/   *Charles Sibert*_____

Charles Moran, Esq.
DC Bar No. 971870
Charles Sibert Esq.
DC Bar No. 1510808
Moran & Associates
1100 H Street NW
Suite 260
Washington, D.C. 20005
(202) 450-2864 (p)
(202) 450-2776 (p)
(202) 478-0781 (f)
charles.moran@camoranlaw.com
charles.sibert@camoranlaw.com

*Attorneys for Plaintiff*

February 20, 2020